UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JESSICA CERVIENIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 1:26-cv-01056 |
| vs | ) | |
| | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT FOR REVIEW OF FINAL DECISION DENYING DISABILITY INSURANCE BENEFITS TO PLAINTIFF**

**I. Parties and Jurisdiction**

1. Plaintiff Jessica Cervienic, hereinafter referred to as “Plaintiff,” brings this ERISA action against Lincoln National Life Insurance Company, “Lincoln”, in its capacity as insurer of the Long Term Disability Plan under which she was insured.

2. Plaintiff brings this action to secure all benefits, whether they be described as short-term, long-term and/or waiver of premium claims to which Plaintiff is entitled under a disability insurance policy underwritten and administered by Defendant.

3. That Plaintiff is a citizen of the State of Indiana residing in Hamilton County.

4. That Defendant, Lincoln, provides disability insurance coverage to participants working in the County of Hamilton, State of Indiana.

5. That Plaintiff's employer, McNeill Hotel Company, LLC, has contracted with Lincoln to administer and insure long-term disability insurance to its eligible employees through the Plan.

6. That this court has jurisdiction pursuant to the Employee Retirement Income Security Act 29 USCA 1132(e)(1).

## II. Factual Allegations

7. That Plaintiff was an employee of McNeil Hotel Company, LLC, where in her capacity as Sales Coordinator, she was a participant in the Plan.

8. That Plaintiff was forced to stop working due to medical conditions on or about February 2, 2024.

9. That Plaintiff applied for long-term disability benefits provided by Defendants and was awarded benefits under the aforementioned insurance policy own occupation clause and received benefits from approximately May 31, 2024 to September 3, 2025.

10. The Plaintiff ceased to receive benefits beginning September 4, 2025, as her benefits were wrongfully terminated under the aforementioned insurance policy any occupation clause on or about September 3, 2025.

11. That Plaintiff administratively appealed this denial, as she suffers from numerous medical impairments that qualify her for continuing benefits under the terms of the Plan.

12. Plaintiff appeal was denied on or about April 23, 2026. She has therefore exhausted her administrative appeals.

13. That Defendant has wrongfully refused to award Plaintiff disability benefits and wrongfully withheld monies rightfully due Plaintiff as a disabled insured participant under the policy and the Plan.

14. Defendant's decision denying her disability benefits will be reviewed by the Court using the *de novo* standard of review.

15. That as a result of Defendant's conduct, Plaintiff has been denied benefits rightfully due her under the Plan and has incurred Attorney fees in order to rectify the harm done to her.

16. Prudential is both the claims adjudicator and payer of this claim.

17. Defendant benefits financially from denying Plaintiff's claim.

18. Defendant has a conflict of interest in this claim.

WHEREFORE, Plaintiff herein, by counsel, respectfully prays for judgment against the Defendant, with interest, in an amount commensurate with her past due benefits, interest, reinstatement of her benefits, for Attorney fee reimbursement, and for all other just and proper relief in the premises.

Date: 5/22/26

Respectfully submitted,

/s/ *Corei I. Osborne*
Corei I. Osborne #34628-32
Hankey, Marks & Crider
429 E. Vermont Street, Suite 200
Indianapolis, IN 46202
(317) 634-8565
(317) 634-9818
cosborne@hankeylaw.com