UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JESSICA CERVIENIC, | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 1:26-cv-01056 |
| vs | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

# APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for: JESSICA CERVIENIC

I certify that I am admitted to practice in this court.

5/22/26____________
Date

/s/ *Melissa A. Davidson*________
Melissa A. Davidson #26068-49
HANKEY, MARKS & CRIDER
429 E. Vermont St., Suite 200
Indianapolis, IN 46202
Ph: 317-599-4111
Fax: 317-634-9818
mdavidson@hankeylaw.com