# United States District Court

for the
Southern District of Indiana

| | | |
|---|---|---|
| JESSICA CERVIENIC, *Plaintiff*, | ) | |
| vs. | ) | Cause No: 1:26-cv-01056 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, *Defendants.* | ) | |

**SUMMONS IN A CIVIL ACTION**

TO:

*Lincoln National Life Insurance Company*
*Corporation Service Company*
*135 N. Pennsylvania St, Suite 1610*
*Indianapolis, IN 46204-2448*

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Corei I. Osborne*
*Hankey, Marks & Crider*
*429 E. Vermont Street, Suite 200*
*Indianapolis, IN 46202*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Kristine L. Seufert*

BY: Allison Trevino
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Date: 5/22/2026

Civil Summons (Page 2)

Civil Action Number: 1:26-cv-01056-TWP-KMB

## PROOF OF SERVICE

*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Lincoln National Life Insurance Company was received by me on *(date)* 5/19/26.

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ____________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ____________; or

☐ I returned the summons unexecuted because ______________________; or

☒ Other *(specify)*: Service via certified return receipt mail.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under penalty of perjury that this information is true.

Date: 6/10/26

[signature]
*Server's Signature*

Attorney Corei I. Osborne
*Printed name and title*

429 E. Vermont Street, Suite 200, Indianapolis, IN 46202
*Server's address*

Additional information regarding attempted service, etc.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Lincoln National Life Insurance Company
Corporation Service Company
135 N Penn St, Ste 1610
Indianapolis, IN 46204-2448

9590 9402 2273 6225 5946 10

2. Article Number *(Transfer from service label)*

7014 0150 0001 4967 4403

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

INDIANAPOLIS IN 460
29 MAY 2026PM 1 L

9590 9402 2273 6225 5946 10

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

John Wiley —
Jessica
Cervenic

• Sender: Please print your name, address, and ZIP+4® in this box•

Hankey Marks & Crider
429 E. VERMONT ST., SUITE 200
INDIANAPOLIS, IN 46202