UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JESSICA CERVIENIC,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | No. 1:26-cv-01056-TWP-KMB |

**ENTRY AND ORDER FROM INITIAL PRETRIAL CONFERENCE**

The Parties, by counsel, appeared for an Initial Pretrial Conference on July 30, 2026, with Magistrate Judge Kellie M. Barr. The Case Management Plan submitted in this case is **APPROVED** as amended and will be entered as a separate order. The Court and counsel discussed the proper timing of a settlement conference, which will be scheduled by separate order.

**SO ORDERED.**

Date: 8/5/2026

Kellie M. Barr
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email